WEST v. WEST

No. 6P84.

Case below: 65 N.C. App. 417.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 6 March 1984 for the limited purpose of remanding the cause to the Court of Appeals for consideration of the defendant's appeal on the merits.